UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   2:26-cv-01241-SSC                    Date: May 6, 2026

Title      Pat Suarez v. Randolph E. Lowe, et al.

Present: The Honorable Stephanie S. Christensen, U.S. Magistrate Judge

|               Teagan Snyder               |               n/a               |
| :---: | :---: |
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:          Attorneys Present for Defendants:
None Present                                        None Present

**Proceedings:**   (IN CHAMBERS) **Order to Show Cause Why Motion for Default Judgment (ECF 12) Should Not Be Denied**

On April 17, 2026, Plaintiff Pat Suarez moved for default judgment against Defendant Randolph E. Lowe d/b/a Randy's Mini Market.  (ECF 12.)

The complaint alleges, "Defendants are, or were at the time of the incident, the real property owners, business operators, lessors and/or lessees of the real property for a convenience store ('Business') located at or about 1958 E. 103rd St., Los Angeles, California."  (ECF 1 at 2.) In the motion, Counsel further represents that his office:

conducted a public records search in order to ascertain the owners and operators of the facility that is the subject of this litigation. Based on this search and the records located, our office

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   2:26-cv-01241-SSC                     Date: May 6, 2026

Title       Pat Suarez v. Randolph E. Lowe, et al.

---

determined, to the best of our knowledge, that Defendant RANDOLPH E LOWE D/B/A RANDY'S MINI MARKET, owns the real property located at or about 1958 E. 103rd St., Los Angeles, California[.]

(ECF 12-2 at 2.)

Counsel submits no documents or other evidence supporting this statement, does not describe who conducted the "public records search," what public records were searched and found, such that Counsel determined that Defendant "owns the real property located at or about 1958 E. 103rd St., Los Angeles, California[.]" *See Lee v. Woo*, No. 8:25-cv-00559-FWS-DFM, 2025 WL 2093428, at *2 (C.D. Cal. July 11, 2025); *Choi v. Liu*, No. CV 20-7646-MWF (JPRx), 2021 WL 4812992, at *4 (C.D. Cal. Mar. 8, 2021)

Accordingly, Plaintiff is ORDERED TO SHOW CAUSE, in writing, no later than **May 13, 2026**, why the motion for default judgment (ECF 12) should not be denied.

The Court also VACATES the hearing on the motion for default judgment set for **May 19, 2026**.  A default judgment may be entered without a hearing if the amount claimed is "capable of mathematical calculation." *Davis v. Fendler*, 650 F.2d 1154, 1161 (9th Cir. 1981) (citation omitted).  The Court finds that the amount claimed in this matter is capable of mathematical calculation.

**IT IS SO ORDERED.**

:

Initials of Preparer       **ts**

---